# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Gene Michael Diulio

                    Defendant.

JUDGMENT

Case Number: 2:93-cr-00259-LDG

(Related case: 2:16-cv-01532-LDG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant and denying a Certificate of Appealability.

February 3, 2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk